**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EVERYTHING BASEBALL LIMITED, LLC, ) | FILED:   JULY 7, 2008 |
| ) | 08CV3840 |
| Plaintiff, ) | JUDGE BUCKLO |
| ) | MAGISTRATE JUDGE KEYS |
| v. ) | NF |
| ) | |
| WILSON SPORTING GOODS COMPANY, ) | |
| HUNT WILSON INTERNATIONAL LTD., ) | |
| SCHUTT SPORTS, INC., EASTON-BELL ) | |
| SPORTS, INC., HILLERICH & BRADSBY CO., ) | |
| AMPAC ENTERPRISES, INC., RAWLINGS ) | |
| SPORTING GOODS, INC., ADIDAS AG, ) | |
| REEBOK INTERNATIONAL LTD., RIDDELL ) | |
| SPORTS INC., DIAMOND SPORTS CO. INC., ) | |
| and NOCONA ATHLETIC GOODS COMPANY, ) | |
| Defendants. | |

**LR 3.2 Notification of Affiliates – Disclosure Statement**

Pursuant to Local Rule 3.2, Plaintiff, Everything Baseball Limited, LLC ("Everything Baseball"), states that it has no parent corporations and that no publicly held company owns 10% or more of Everything Baseball's stock.

EVERYTHING BASEBALL
LIMITED, LLC

By:  s/ Lee F. Grossman
Lee F. Grossman
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Mark M. Grossman
Grossman Law Offices
29 South LaSalle Street, Suite 1210
Chicago, Illinois 60603
(312) 621-9000