IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVERYTHING BASEBALL LIMITED, LLC, | FILED:  JULY 7, 2008 |
| Plaintiff, | 08CV3840 |
| | JUDGE BUCKLO |
| v. | MAGISTRATE JUDGE KEYS |
| | NF |
| WILSON SPORTING GOODS COMPANY, HUNT WILSON INTERNATIONAL LTD., SCHUTT SPORTS, INC., EASTON-BELL SPORTS, INC., HILLERICH & BRADSBY CO., AMPAC ENTERPRISES, INC., RAWLINGS SPORTING GOODS, INC., ADIDAS AG, REEBOK INTERNATIONAL LTD., RIDDELL SPORTS INC., DIAMOND SPORTS CO. INC., and NOCONA ATHLETIC GOODS COMPANY, | |
| Defendants. | |

**LR 3.4 Notice of Claims Involving Patents**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.4, Plaintiff, Everything Baseball Limited, LLC ("Everything Baseball"), hereby notifies the Clerk that this action involves claims of infringement of U.S. Patent No. 6,161,226 ("the '226 Patent") and is entitled "Baseball Chest Protector," issued December 19, 2000. The addresses of the parties are as follows:

| *Plaintiffs* | *Defendants* |
|---|---|
| Everything Baseball Limited, LLC<br>41W. 035 Saddlebrook Drive<br>St. Charles, Illinois  60175 | Wilson Sporting Goods Company<br>8750 W. Bryn Mawr Avenue<br>Chicago, Illinois  60631<br><br>Hunt Wilson International Ltd.<br>3600 Jarvis Avenue<br>Skokie, Illinois  60076-4018<br><br>Schutt Sports, Inc.<br>610 Industrial Drive<br>Litchfield, Illinois  62056-3040<br><br>Easton-Bell Sports, Inc.<br>7855 Haskell Avenue - Suite 200<br>Van Nuys, California  91406<br><br>Hillerich & Bradsby Co.<br>800 W. Main Street<br>Louisville, Kentucky 40232<br><br>Ampac Enterprises, Inc.<br>1 Main Street<br>Shirley,  Massachusetts 01464<br><br>Rawlings Sporting Goods, Inc.<br>510 Maryville University Drive - Suite 110 St. Louis, Missouri  63141<br><br>Adidas AG<br>Adi-Dassler-Strasse 1 91074 Herzogenaurach, Germany<br><br>Reebok International Ltd.<br>1895 J.W. Foster Boulevard<br>Canton, Massachusetts  02021<br><br>Riddell Sports Inc.<br>900 Third Avenue<br>New York, New York 10022<br><br>Diamond Sports Co. Inc.<br>11130 Warland Drive<br>Cypress, California  90630-5032<br><br>Nocona Athletic Goods Company<br>901 East Highway 82<br>Nocona, Texas  76255 |

EVERYTHING BASEBALL
LIMITED, LLC

By: <u>s/ Lee F. Grossman</u>
Lee F. Grossman
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Mark M. Grossman
Grossman Law Offices
29 South LaSalle Street, Suite 1210
Chicago, Illinois 60603
(312) 621-9000