### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3840                    Assigned/Issued  By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP       ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            *(Victim, Against and $ Amount)*

☐ Writ _____           ☐ Other
       *(Type of Writ)*                   _____
                                          *(Type of issuance)*

12   Original and 0   copies on 7-11-08   as to  ALL DEFENDANTS
                                 *(Date)*

_____

_____