UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVERYTHING BASEBALL LIMITED, LLC,, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-03840 |
| WILSON SPORTING GOODS COMPANY, HUNT WILSON INTERNATIONAL LTD., SCHUTT SPORTS, INC., EASTON-BELL SPORTS, INC., HILLERICH & BRADSBY CO., AMPAC ENTERPRISES, INC., RAWLINGS SPORTING GOODS, INC., ADIDAS AG, REEBOK INTERNATIONAL LTD., RIDDELL SPORTS INC., DIAMOND SPORTS CO. INC., and NOCONA ATHLETIC GOODS COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Bucklo  Magistrate Judge Keys |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Wilson Sporting Goods Company, Ampac Enterprises, Inc., Easton-Bell Sports, Inc., Riddell Sports Inc., Hillerich & Bradsby Co., Hunt Wilson International Ltd., Schutt Sports, Inc., and Rawlings Sporting Goods, Inc., by their attorneys, hereby requests that they be given until and including Monday, September 1, 2008, to answer or otherwise plead to the filed complaint.

Counsel for Defendants contacted counsel for Plaintiff who do not oppose this motion.

                                            Respectfully submitted,

Dated: August 1, 2008                    s/ H. Michael Hartmann
                                            H. Michael Hartmann
                                            David M. Airan
                                            L. Scott Beall
                                            LEYDIG, VOIT & MAYER, LTD.
                                            Two Prudential Plaza, Suite 4900
                                            Chicago, IL  60601-6780
                                            (312) 616-5600

                                            COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVERYTHING BASEBALL LIMITED, LLC,, ) ) ) Plaintiff, ) ) v. ) ) WILSON SPORTING GOODS ) COMPANY, HUNT WILSON ) INTERNATIONAL LTD., SCHUTT ) SPORTS, INC., EASTON-BELL SPORTS, ) INC., HILLERICH & BRADSBY CO., ) AMPAC ENTERPRISES, INC., ) RAWLINGS SPORTING GOODS, INC., ) ADIDAS AG, REEBOK ) INTERNATIONAL LTD., RIDDELL ) SPORTS INC., DIAMOND SPORTS CO. ) INC., and NOCONA ATHLETIC GOODS ) COMPANY, ) ) Defendants. ) ) | Civil Action No. 1:08-cv-03840 Judge Bucklo Magistrate Judge Keys |

### [PROPOSED] UNOPPOSED ORDER

By the agreement of the parties, IT IS HEREBY ORDERED that Defendants, Wilson Sporting Goods Company, Ampac Enterprises, Inc., Easton-Bell Sports, Inc., Riddell Sports Inc., Hillerich & Bradsby Co., Hunt Wilson International Ltd., Schutt Sports, Inc., and Rawlings Sporting Goods, Inc., shall have until and including Monday, September 1, 2008, to answer or otherwise plead to the complaint.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have caused a copy of the foregoing Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to be served upon the following persons by Electronic Filing and U.S. Mail on August 1, 2008.

                        Lee F. Grossman
                        Niro, Scavone, Haller & Niro
                        181 West Madison Street, Suite 4600
                        Chicago, IL 60602
                        (312) 236-0733
                        (312) 236-3137 (fax)

                        Mark M. Grossman
                        Grossman Law Offices
                        29 South LaSalle Street, Suite 1210
                        Chicago, IL 60603
                        (312) 621-9000

                                                      s/Scott Beall
                                                      L. Scott Beall