UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVERYTHING BASEBALL LIMITED, LLC,, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:08-cv-03840<br>) |
| WILSON SPORTING GOODS COMPANY, HUNT WILSON INTERNATIONAL LTD., SCHUTT SPORTS, INC., EASTON-BELL SPORTS, INC., HILLERICH & BRADSBY CO., AMPAC ENTERPRISES, INC., RAWLINGS SPORTING GOODS, INC., ADIDAS AG, REEBOK INTERNATIONAL LTD., RIDDELL SPORTS INC., DIAMOND SPORTS CO. INC., and NOCONA ATHLETIC GOODS COMPANY, | )<br>)  Judge Bucklo<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF MOTION

Please take notice that on Wednesday, August 6, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Elaine E. Bucklo, 219 South Dearborn Street, Courtroom 1441, and present Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead.

                                                       Respectfully submitted,

Dated: August 1, 2008                                       s/ H. Michael Hartmann
                                                                            H. Michael Hartmann
                                                                              David M. Airan

L. Scott Beall
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780
(312) 616-5600

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

     I hereby certify that I have caused a copy of the foregoing Notice of Motion to be served upon the following persons by Electronic Filing and U.S. Mail on August 1, 2008.

          Lee F. Grossman
          Niro, Scavone, Haller & Niro
          181 West Madison Street, Suite 4600
          Chicago, IL 60602
          (312) 236-0733
          (312) 236-3137 (fax)

          Mark M. Grossman
          Grossman Law Offices
          29 South LaSalle Street, Suite 1210
          Chicago, IL 60603
          (312) 621-9000

                                                        s/Scott Beall
                                                         L. Scott Beall