IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVERYTHING BASEBALL LIMITED, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILSON SPORTING GOODS )<br>COMPANY, HUNT WILSON )<br>INTERNATIONAL LTD., SCHUTT )<br>SPORTS, INC., EASTON-BELL SPORTS, )<br>INC., HILLERICH & BRADSBY CO., )<br>AMPAC ENTERPRISES, INC., )<br>RAWLINGS SPORTING GOODS, INC., )<br>ADIDAS AG, REEBOK )<br>INTERNATIONAL LTD., RIDDELL )<br>SPORTS INC., DIAMOND SPORTS CO., )<br>INC., and NACONA ATHLETIC GOODS )<br>COMPANY, )<br>)<br>Defendants. )<br>)<br>) | Case No. 08-CV-03840<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Arlander Keys<br><br>**NOTICE OF MOTION** |

## NOTICE OF MOTION

　　　Please take notice that on Monday, August 11, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Elaine E. Bucklo, 219 South Dearborn Street, Courtroom 1441, and present Motions for Pro Hac Vice of Susan Meyer and Richard Sybert.

DATED: August 5, 2008

　　　　　　　　　　　　　　　　　　by   */s/ Michael Tone*
　　　　　　　　　　　　　　　　　　　　Michael Tone
　　　　　　　　　　　　　　　　　　　　GORDON & REES LLP
　　　　　　　　　　　　　　　　　　　　One North Franklin, Suite 1800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Tel: (312) 565-1400
　　　　　　　　　　　　　　　　　　　　Fax: (312) 565-6511
　　　　　　　　　　　　　　　　　　　　mtone@gordonrees.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　DIAMOND SPORTS CO., INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Lee F. Grossman**
Niro, Scavone, Haller & Niro
181 West Madison Street , Suite 4500
Chicago, IL 60602
Tel: 312 - 236 – 0733
Fax: 312 – 621-9001
Email: lgrossman@nshn.com

**Mark M. Grossman**
Grossman Law Offices
29 S. LaSalle Street, Suite 1210
Chicago, IL 60603
Tel: (312) 621-9000
Fax: (312) 621-9001
Email: mgrossman@grossmanlegal.com

                                            */s/ Michael Tone*
                                            Michael Tone